IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LARRY J. BREWER,<br>　　　Petitioner, | §<br>§<br>§ | |
| v. | § | Civil Action No. 4:21-CV-1246-O |
| | § | |
| RUSS AUTHIER, Sheriff,<br>Parker County, Texas,<br>　　　Respondent. | §<br>§<br>§ | |

## FINAL JUDGMENT

In accordance with its order of dismissal signed this day, the Court **DISMISSES** the petition of Larry J. Brewer pursuant to 28 U.S.C. § 2241 in the above-captioned action as moot.

**SO ORDERED** on this 24th day of November, 2021.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE